IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT M. ROGERS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D14-0912

FREDDIE LEE JONES and
SHIRLEY A. JONES,

      Appellees.

_____/

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Jackson County.
Shonna Y. Gay, Judge.

Russell N. Parrish of Farmer, Price, Hornsby & Weatherford, L.L.P., Dothan, for
Appellant.

Michelle Blankenship Tagert, Chipley, for Appellees.

PER CURIAM.

      AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.